UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:16-cv-481-JLS-JCGx                           Date: May 2, 2017
Title:  John Ho v. Tan Trinh, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                    Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ISSUED FOR FAILURE TO TIMELY RESPOND TO COMPLAINT**

On April 20, 2017, the Court issued an order granting Defendants' motion to set aside entry of default and denying Plaintiff's motion for default judgment.  (Order, Doc. 36.)  In that order, the Court ordered Defendants to file an answer or responsive motion to Plaintiff's complaint within five (5) days of the Court's order.  (*Id.* at 8.)  In setting aside the entry of default, the Court noted Defendants' "failure to effectively defend this action over the past several months and [Defendants' counsel's] failure to act in a timely manner to defend his clients' interests."  (*Id.*)  In light of that failure, the Court declared that failure to actively defend the action and meet all filing deadlines "will result in sanctions."  (*Id.*)  Defendants have now failed to meet their first filing deadline following the Court's order.

Therefore, Defendants are hereby ORDERED to show cause, in writing, no later than **tomorrow, Wednesday, May 3, 2017 at 5:00 p.m.**, why sanctions should not be issued for their failure to file an answer or responsive motion as ordered by the Court. Given Defendants' (and specifically, Defendants' counsel's) history in this case, only the strongest showing of good cause will avoid the issuance of sanctions.

Initials of Preparer:  _tg_